ATTORNEY AT LAW

**PETER J. LISKA, LLC**

Peter J. Liska  Member of NJ, NY & Washington, DC BAR
Elizabeth A. Hopkins • Allison J. Kiffin

TEL 732•933•7777   FAX 732•224•8914   COLLECTIONS@PETERLISKA.COM
766 Shrewsbury Avenue • Tinton Falls • New Jersey 07724

May 23, 2022

<u>Via CM/ECF</u>
Marie Ann Greenberg, Trustee
30 Two Bridges Road, Suite 330
Fairfield, NJ  07004

      *In Re:  Carol Harrison-Bradley*
      *Case No. 18-21040*
      *Our File No.  17784-778*

Dear Trustee:

    Please be advised that the Law Offices of Peter J. Liska, LLC will be closing our Litigation Department with a tentative closing date of March 31, 2022.  Thereafter, we will not be accepting Trustee payments on behalf of our clients.

    <u>**EFFECTIVE IMMEDIATELY**</u>, <u>*please send all Trustee payments and bankruptcy notices directly to the Credit Union at the new address provided below*</u>.

| | |
|---|---|
| Party's Name/Type: | Greater Alliance Federal Credit Union |
| Old Address: | c/o Peter J. Liska, LLC<br>766 Shrewsbury Avenue<br>Tinton Falls, NJ 07724 |
| New Address: | Greater Alliance Federal Credit Union<br>Attn:  Collections Manager<br>40 W. Century Road<br>Paramus, N.J.  07652 |

All inquiries regarding this case should be directed to the Credit Union.

                       Thank you,

                       */s/Allison J. Kiffin*
                       Allison J. Kiffin, Esq. for
                       Peter J. Liska, LLC

AJK/kg