UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FEIN, SUCH, KAHN & SHEPARD P.C.**
Counsellors at Law
7 Century Drive – Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Greater Alliance
Federal Credit Union
R.A. LEBRON, ESQ.
GAFUJ010
bankruptcy@fskslaw.com

| | |
|---|---|
| In Re: | Case No.: 18-21040 RG |
| CAROL S HARRISON-BRADLEY aka CAROL SUZANNE HARRISON-BRADLEY | Chapter:    13 |
| Debtor(s). | Judge:  Honorable Rosemary Gambardella |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Fein, Such, Kahn & Shepard, P.C., will be substituted as attorney of record for Greater Alliance Federal Credit Union, creditor in this case.

Date: June 1, 2022        **PETER J. LISKA, LLC**

By: _/s/ ALLISON J. KIFFIN_
ALLISON J. KIFFIN, ESQ.
Signature of Attorney

Date: June 7, 2022        **FEIN, SUCH, KAHN & SHEPARD P.C.**

By: /s/ R.A. Lebron, Esq.
R.A. LEBRON, ESQ.
Signature of Substituted Attorney