Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JUNE 7, 2023

**Chapter 13 Case # 18-21040**

Re:  CAROL S HARRISON-BRADLEY  
     42 NAPLES AVENUE  
     BELLEVILLE, NJ  07109

Atty:  BRUCE H LEVITT  
       LEVITT & SLAFKES, P.C.  
       515 VALLEY STREET, SUITE 140  
       MAPLEWOOD, NJ  07040

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $103,500.00**

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/02/2018 | $1,725.00 | 5038330000 | 08/02/2018 | $1,725.00 | 5118921000 |
| 09/06/2018 | $1,725.00 | 5212875000 | 10/05/2018 | $1,725.00 | 5293030000 |
| 11/02/2018 | $1,725.00 | 5362130000 | 12/05/2018 | $1,725.00 | 5447231000 |
| 01/11/2019 | $1,725.00 | 5535269000 | 02/08/2019 | $1,725.00 | 5609183000 |
| 03/08/2019 | $1,725.00 | 5688611000 | 05/03/2019 | $1,725.00 | 5833494000 |
| 06/03/2019 | $1,725.00 | 5906325000 | 08/09/2019 | $1,725.00 | 6082217000 |
| 08/14/2019 | $1,725.00 | 6096090000 | 09/23/2019 | $1,802.00 | 6191727000 |
| 10/29/2019 | $1,802.00 | 6286679000 | 11/18/2019 | $1,802.00 | 6333535000 |
| 12/09/2019 | $1,802.00 | 6392104000 | 01/10/2020 | $1,802.00 | 6471370000 |
| 02/07/2020 | $1,802.00 | 6545937000 | 03/06/2020 | $1,802.00 | 6620526000 |
| 04/17/2020 | $1,802.00 | 6721113000 | 05/15/2020 | $1,802.00 | 6790501000 |
| 06/30/2020 | $1,802.00 | 6903346000 | 07/24/2020 | $1,802.00 | 6960933000 |
| 08/19/2020 | $1,802.00 | 7021238000 | 09/18/2020 | $1,802.00 | 7095024000 |
| 10/30/2020 | $1,802.00 | 7195343000 | 11/30/2020 | $1,802.00 | 7258716000 |
| 12/11/2020 | $1,802.00 | 7299620000 | 01/11/2021 | $1,802.00 | 7369425000 |
| 02/19/2021 | $1,802.00 | 7463376000 | 03/10/2021 | $1,802.00 | 7515582000 |
| 04/16/2021 | $1,802.00 | 7603238000 | 05/28/2021 | $1,802.00 | 7700593000 |
| 06/25/2021 | $1,802.00 | 7763140000 | 07/26/2021 | $1,802.00 | 7832097000 |
| 08/30/2021 | $1,802.00 | 7908745000 | 09/17/2021 | $1,802.00 | 7954915000 |
| 11/01/2021 | $1,802.00 | 8045819000 | 11/16/2021 | $1,802.00 | 8086064000 |
| 12/27/2021 | $1,802.00 | 8166087000 | 01/10/2022 | $1,802.00 | 8202312000 |
| 02/18/2022 | $1,802.00 | 8284188000 | 03/18/2022 | $1,802.00 | 8348139000 |
| 04/15/2022 | $1,802.00 | 8405923000 | 05/27/2022 | $1,802.00 | 8490905000 |
| 06/24/2022 | $1,802.00 | 8546471000 | 07/22/2022 | $1,802.00 | 8602276000 |
| 08/29/2022 | $1,802.00 | 8673222000 | 09/30/2022 | $1,802.00 | 8735025000 |
| 10/28/2022 | $1,802.00 | 8790508000 | 11/28/2022 | $1,802.00 | 8843862000 |
| 12/30/2022 | $1,802.00 | 8909233000 | 01/20/2023 | $1,802.00 | 8949498000 |
| 02/17/2023 | $1,802.00 | 9004366000 | 03/17/2023 | $1,802.00 | 9059939000 |
| 05/01/2023 | $1,802.00 | 9133117000 | 05/26/2023 | $1,802.00 | 9185345000 |

**Chapter 13 Case # 18-21040**

| Total Receipts: $103,515.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $103,515.00 |
|---|

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 5,760.35 | |
| ATTY | ATTORNEY | ADMIN | 1,500.00 | 100.00% | 1,500.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN CORADIUS INTERNATIONAL | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AVANT CREDIT, INC | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | BANK OF AMERICA | UNSECURED | 581.61 | * | 38.05 | |
| 0006 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,799.31 | * | 117.70 | |
| 0009 | CAPITAL ONE BANK (USA) NA | UNSECURED | 1,325.50 | * | 86.71 | |
| 0010 | CAPITAL ONE BANK (USA) NA | UNSECURED | 642.23 | * | 42.01 | |
| 0011 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | CITIBANK/SHELL OIL | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | QUANTUM3 GROUP LLC | UNSECURED | 1,286.39 | * | 84.15 | |
| 0017 | QUANTUM3 GROUP LLC | UNSECURED | 1,395.06 | * | 91.26 | |
| 0019 | QUANTUM3 GROUP LLC | UNSECURED | 2,421.73 | * | 158.42 | |
| 0021 | COMENITY CAPITAL BANK/HSN | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | CREDIT FIRST NATIONAL ASSOC | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | DSNB BLOOMINGDALES | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 7,611.85 | * | 497.93 | |
| 0029 | US DEPARTMENT OF EDUCATION | UNSECURED | 248,348.17 | * | 16,245.70 | |
| 0030 | GREATER ALLIANCE FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | UNITED STATES TREASURY/IRS | PRIORITY | 27,735.62 | 100.00% | 27,735.62 | |
| 0032 | CVI SGP CO ACQUISITION TRUST | UNSECURED | 2,851.78 | * | 186.55 | |
| 0033 | CAPITAL ONE NA | UNSECURED | 359.19 | * | 23.50 | |
| 0037 | NAVY FEDERAL CR UNION | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | OCWEN LOAN SERVICING LLC | MORTGAGE ARRE | 43,160.51 | 100.00% | 43,160.51 | |
| 0040 | SYNCHRONY BANK | UNSECURED | 2,156.71 | * | 141.08 | |
| 0042 | ECAST SETTLEMENT CORPORATION | UNSECURED | 690.21 | * | 45.15 | |
| 0045 | ECAST SETTLEMENT CORPORATION | UNSECURED | 1,358.56 | * | 88.87 | |
| 0046 | ECAST SETTLEMENT CORPORATION | UNSECURED | 951.31 | * | 62.23 | |
| 0049 | ECAST SETTLEMENT CORPORATION | UNSECURED | 1,309.92 | * | 85.69 | |
| 0050 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,961.96 | * | 128.34 | |
| 0051 | ECAST SETTLEMENT CORPORATION | UNSECURED | 1,126.00 | * | 73.66 | |
| 0054 | ECAST SETTLEMENT CORPORATION | UNSECURED | 1,115.21 | * | 72.95 | |
| 0056 | ECAST SETTLEMENT CORPORATION | UNSECURED | 821.08 | * | 53.71 | |
| 0058 | ECAST SETTLEMENT CORPORATION | UNSECURED | 1,195.64 | * | 78.21 | |
| 0060 | ECAST SETTLEMENT CORPORATION | UNSECURED | 401.96 | * | 26.29 | |
| 0061 | ECAST SETTLEMENT CORPORATION | UNSECURED | 1,160.09 | * | 75.89 | |
| 0062 | ECAST SETTLEMENT CORPORATION | UNSECURED | 786.77 | * | 51.47 | |
| 0064 | TD BANK USA NA | UNSECURED | 429.82 | * | 28.12 | |
| 0065 | TIFFANY MANOR ASSOCIATES | UNSECURED | 0.00 | * | 0.00 | |
| 0067 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 950.00 | 100.00% | 950.00 | |
| 0069 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 6,911.38 | * | 452.11 | |
| 0070 | VISA DEPT STORE NATIONAL BANK/MAC | UNSECURED | 0.00 | * | 0.00 | |
| 0072 | VISA DEPT STORE NATIONAL BANK/MAC | UNSECURED | 0.00 | * | 0.00 | |
| 0073 | NAVY FEDERAL CREDIT UNION | UNSECURED | 2,910.66 | * | 190.40 | |
| 0074 | CAPITAL ONE BANK (USA) NA | UNSECURED | 920.00 | * | 60.18 | |
| 0075 | UNITED STATES TREASURY/IRS | UNSECURED | 3,228.09 | * | 211.17 | |
| 0076 | US DEPARTMENT OF HUD | UNSECURED | 0.00 | * | 0.00 | |
| 0077 | US DEPARTMENT OF HUD | UNSECURED | 20,852.66 | * | 1,364.08 | |
| 0078 | GREATER ALLIANCE FEDERAL CREDIT U | UNSECURED | 812.64 | * | 53.16 | |
| 0079 | VERIZON | UNSECURED | 160.24 | * | 10.48 | |
| 0080 | VERIZON | UNSECURED | 515.38 | * | 33.71 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0081 | CREDIT FIRST | UNSECURED | 1,220.68 | * | 79.85 | |

**Total Paid: $100,145.26**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | |
| | 07/18/2022 | $6.99 | 894348 | 09/19/2022 | $6.29 | 897514 |
| | 11/14/2022 | $6.29 | 900765 | 01/09/2023 | $6.15 | 903807 |
| | 03/13/2023 | $6.17 | 906948 | 04/17/2023 | $6.16 | 908529 |
| CAPITAL ONE BANK (USA) NA | | | | | | |
| | 05/16/2022 | $6.08 | 890984 | 05/16/2022 | $8.76 | 890984 |
| | 07/18/2022 | $7.17 | 894394 | 07/18/2022 | $7.72 | 894394 |
| | 08/15/2022 | $9.95 | 895968 | 08/15/2022 | $7.17 | 895968 |
| | 09/19/2022 | $7.17 | 897565 | 09/19/2022 | $6.94 | 897565 |
| | 10/17/2022 | $7.16 | 899232 | 10/17/2022 | $9.95 | 899232 |
| | 11/14/2022 | $7.17 | 900808 | 11/14/2022 | $6.95 | 900808 |
| | 12/12/2022 | $9.85 | 902364 | 12/12/2022 | $7.02 | 902364 |
| | 01/09/2023 | $7.02 | 903846 | 01/09/2023 | $6.80 | 903846 |
| | 02/13/2023 | $7.01 | 905376 | 02/13/2023 | $9.74 | 905376 |
| | 03/13/2023 | $7.02 | 906989 | 03/13/2023 | $6.80 | 906989 |
| | 04/17/2023 | $14.04 | 908575 | 04/17/2023 | $6.80 | 908575 |
| | 04/17/2023 | $14.61 | 908575 | | | |
| CAPITAL ONE NA | | | | | | |
| | 08/15/2022 | $6.26 | 8002998 | 11/14/2022 | $5.83 | 8003155 |
| | 02/13/2023 | $5.70 | 8003308 | 04/17/2023 | $5.71 | 8003419 |
| CREDIT FIRST | | | | | | |
| | 05/16/2022 | $8.08 | 891056 | 07/18/2022 | $6.59 | 894462 |
| | 08/15/2022 | $6.60 | 896039 | 09/19/2022 | $6.60 | 897647 |
| | 10/17/2022 | $6.60 | 899303 | 11/14/2022 | $6.60 | 900883 |
| | 12/12/2022 | $6.47 | 902430 | 01/09/2023 | $6.45 | 903918 |
| | 02/13/2023 | $6.47 | 905450 | 03/13/2023 | $6.46 | 907061 |
| | 04/17/2023 | $12.93 | 908664 | | | |
| CVI SGP CO ACQUISITION TRUST | | | | | | |
| | 05/16/2022 | $18.86 | 890626 | 07/18/2022 | $15.42 | 894042 |
| | 08/15/2022 | $15.42 | 895607 | 09/19/2022 | $15.42 | 897186 |
| | 10/17/2022 | $15.41 | 898868 | 11/14/2022 | $15.42 | 900435 |
| | 12/12/2022 | $15.10 | 902005 | 01/09/2023 | $15.11 | 903497 |
| | 02/13/2023 | $15.09 | 905000 | 03/13/2023 | $15.10 | 906618 |
| | 04/17/2023 | $30.20 | 908176 | | | |
| DEPARTMENT STORES NATIONAL BANK | | | | | | |
| | 04/18/2022 | $9.18 | 889378 | 04/18/2022 | $8.33 | 889378 |
| | 05/16/2022 | $41.13 | 891071 | 05/16/2022 | $37.34 | 891071 |
| | 07/18/2022 | $41.18 | 894478 | 07/18/2022 | $37.40 | 894478 |
| | 08/15/2022 | $41.16 | 896055 | 08/15/2022 | $37.37 | 896055 |
| | 09/19/2022 | $41.15 | 897662 | 09/19/2022 | $37.36 | 897662 |
| | 10/17/2022 | $41.15 | 899320 | 10/17/2022 | $37.38 | 899320 |
| | 11/14/2022 | $41.16 | 900900 | 11/14/2022 | $37.37 | 900900 |
| | 12/12/2022 | $40.30 | 902445 | 12/12/2022 | $36.59 | 902445 |
| | 01/09/2023 | $40.31 | 903934 | 01/09/2023 | $36.60 | 903934 |
| | 02/13/2023 | $40.28 | 905471 | 02/13/2023 | $36.57 | 905471 |
| | 03/13/2023 | $40.31 | 907080 | 03/13/2023 | $36.60 | 907080 |
| | 04/17/2023 | $73.20 | 908684 | 04/17/2023 | $80.62 | 908684 |

**Chapter 13 Case # 18-21040**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ECAST SETTLEMENT CORPORATION | | | | | | |
| | 05/16/2022 | $8.98 | 8002842 | 05/16/2022 | $6.29 | 8002842 |
| | 05/16/2022 | $8.67 | 8002842 | 05/16/2022 | $7.44 | 8002842 |
| | 05/16/2022 | $7.38 | 8002842 | 05/16/2022 | $5.43 | 8002842 |
| | 05/16/2022 | $7.91 | 8002842 | 05/16/2022 | $7.67 | 8002842 |
| | 05/16/2022 | $5.20 | 8002842 | 07/18/2022 | $8.30 | 8002946 |
| | 07/18/2022 | $7.35 | 8002946 | 07/18/2022 | $5.15 | 8002946 |
| | 07/18/2022 | $7.07 | 8002946 | 07/18/2022 | $6.09 | 8002946 |
| | 07/18/2022 | $6.02 | 8002946 | 07/18/2022 | $6.46 | 8002946 |
| | 07/18/2022 | $6.27 | 8002946 | 08/15/2022 | $6.10 | 8002996 |
| | 08/15/2022 | $6.04 | 8002996 | 08/15/2022 | $8.88 | 8002996 |
| | 08/15/2022 | $6.46 | 8002996 | 08/15/2022 | $7.01 | 8002996 |
| | 08/15/2022 | $6.28 | 8002996 | 08/15/2022 | $8.51 | 8002996 |
| | 08/15/2022 | $7.34 | 8002996 | 08/15/2022 | $5.13 | 8002996 |
| | 08/15/2022 | $7.09 | 8002996 | 09/19/2022 | $6.08 | 8003044 |
| | 09/19/2022 | $6.02 | 8003044 | 09/19/2022 | $6.47 | 8003044 |
| | 09/19/2022 | $6.27 | 8003044 | 09/19/2022 | $7.46 | 8003044 |
| | 09/19/2022 | $7.35 | 8003044 | 09/19/2022 | $5.15 | 8003044 |
| | 09/19/2022 | $7.08 | 8003044 | 10/17/2022 | $7.35 | 8003099 |
| | 10/17/2022 | $5.15 | 8003099 | 10/17/2022 | $7.08 | 8003099 |
| | 10/17/2022 | $6.09 | 8003099 | 10/17/2022 | $6.03 | 8003099 |
| | 10/17/2022 | $8.87 | 8003099 | 10/17/2022 | $6.47 | 8003099 |
| | 10/17/2022 | $6.27 | 8003099 | 10/17/2022 | $8.51 | 8003099 |
| | 11/14/2022 | $6.09 | 8003158 | 11/14/2022 | $6.03 | 8003158 |
| | 11/14/2022 | $6.46 | 8003158 | 11/14/2022 | $6.52 | 8003158 |
| | 11/14/2022 | $6.27 | 8003158 | 11/14/2022 | $7.46 | 8003158 |
| | 11/14/2022 | $7.34 | 8003158 | 11/14/2022 | $5.13 | 8003158 |
| | 11/14/2022 | $7.09 | 8003158 | 12/12/2022 | $5.96 | 8003200 |
| | 12/12/2022 | $5.91 | 8003200 | 12/12/2022 | $8.80 | 8003200 |
| | 12/12/2022 | $6.33 | 8003200 | 12/12/2022 | $6.15 | 8003200 |
| | 12/12/2022 | $8.42 | 8003200 | 12/12/2022 | $7.20 | 8003200 |
| | 12/12/2022 | $5.04 | 8003200 | 12/12/2022 | $6.93 | 8003200 |
| | 01/09/2023 | $7.31 | 8003267 | 01/09/2023 | $7.18 | 8003267 |
| | 01/09/2023 | $5.04 | 8003267 | 01/09/2023 | $6.93 | 8003267 |
| | 01/09/2023 | $5.96 | 8003267 | 01/09/2023 | $5.91 | 8003267 |
| | 01/09/2023 | $6.33 | 8003267 | 01/09/2023 | $6.13 | 8003267 |
| | 02/13/2023 | $7.20 | 8003318 | 02/13/2023 | $5.04 | 8003318 |
| | 02/13/2023 | $6.94 | 8003318 | 02/13/2023 | $5.96 | 8003318 |
| | 02/13/2023 | $5.90 | 8003318 | 02/13/2023 | $8.68 | 8003318 |
| | 02/13/2023 | $6.33 | 8003318 | 02/13/2023 | $6.38 | 8003318 |
| | 02/13/2023 | $6.15 | 8003318 | 02/13/2023 | $8.33 | 8003318 |
| | 03/13/2023 | $7.32 | 8003376 | 03/13/2023 | $7.19 | 8003376 |
| | 03/13/2023 | $5.04 | 8003376 | 03/13/2023 | $6.94 | 8003376 |
| | 03/13/2023 | $5.96 | 8003376 | 03/13/2023 | $5.91 | 8003376 |
| | 03/13/2023 | $6.33 | 8003376 | 03/13/2023 | $6.14 | 8003376 |
| | 04/17/2023 | $11.93 | 8003429 | 04/17/2023 | $11.80 | 8003429 |
| | 04/17/2023 | $13.05 | 8003429 | 04/17/2023 | $12.66 | 8003429 |
| | 04/17/2023 | $6.38 | 8003429 | 04/17/2023 | $12.29 | 8003429 |
| | 04/17/2023 | $12.50 | 8003429 | 04/17/2023 | $7.30 | 8003429 |
| | 04/17/2023 | $14.39 | 8003429 | 04/17/2023 | $10.07 | 8003429 |
| | 04/17/2023 | $13.87 | 8003429 | | | |
| GREATER ALLIANCE FEDERAL CREDIT UNION | | | | | | |
| | 05/16/2022 | $5.37 | 891177 | 08/15/2022 | $8.80 | 896159 |
| | 09/02/2022 | ($5.37) | 891177 | 09/19/2022 | $9.75 | 897768 |
| | 11/14/2022 | $8.80 | 900994 | 01/09/2023 | $8.60 | 904034 |
| | 03/13/2023 | $8.60 | 907184 | 04/17/2023 | $8.61 | 908788 |

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| **NAVY FEDERAL CREDIT UNION** | | | | | | |
| | 05/16/2022 | $19.25 | 891355 | 07/18/2022 | $15.74 | 894734 |
| | 08/15/2022 | $15.74 | 896323 | 09/19/2022 | $15.73 | 897942 |
| | 10/17/2022 | $15.74 | 899584 | 11/14/2022 | $15.74 | 901153 |
| | 12/12/2022 | $15.40 | 902705 | 01/09/2023 | $15.42 | 904197 |
| | 02/13/2023 | $15.40 | 905743 | 03/13/2023 | $15.41 | 907348 |
| | 04/17/2023 | $30.83 | 908962 | | | |
| **OCWEN LOAN SERVICING LLC** | | | | | | |
| | 10/22/2018 | $3,403.44 | 812265 | 11/19/2018 | $1,591.65 | 814189 |
| | 12/17/2018 | $1,591.65 | 816085 | 01/14/2019 | $1,591.65 | 818015 |
| | 02/11/2019 | $1,591.65 | 819917 | 03/18/2019 | $1,591.65 | 821894 |
| | 04/15/2019 | $1,591.65 | 823920 | 06/17/2019 | $1,620.33 | 827892 |
| | 07/15/2019 | $1,620.33 | 829751 | 09/16/2019 | $3,240.67 | 833753 |
| | 11/18/2019 | $1,736.74 | 837858 | 12/16/2019 | $1,671.51 | 839763 |
| | 01/13/2020 | $3,343.02 | 841650 | 02/10/2020 | $1,671.51 | 843522 |
| | 03/16/2020 | $1,671.51 | 845446 | 04/20/2020 | $1,671.51 | 847394 |
| | 05/18/2020 | $1,586.87 | 849228 | 06/15/2020 | $1,586.87 | 850911 |
| | 08/17/2020 | $1,630.95 | 854592 | 09/21/2020 | $3,261.90 | 856439 |
| | 10/19/2020 | $1,630.95 | 858290 | 12/21/2020 | $1,630.94 | 861920 |
| | 01/11/2021 | $631.56 | 863640 | | | |
| **PRA RECEIVABLES MANAGEMENT LLC** | | | | | | |
| | 05/16/2022 | $11.90 | 8002843 | 05/16/2022 | $12.97 | 8002843 |
| | 07/18/2022 | $10.61 | 8002950 | 07/18/2022 | $9.73 | 8002950 |
| | 08/15/2022 | $10.61 | 8002997 | 08/15/2022 | $9.73 | 8002997 |
| | 09/19/2022 | $9.72 | 8003048 | 09/19/2022 | $10.61 | 8003048 |
| | 10/17/2022 | $10.60 | 8003103 | 10/17/2022 | $9.74 | 8003103 |
| | 11/14/2022 | $10.62 | 8003148 | 11/14/2022 | $9.72 | 8003148 |
| | 12/12/2022 | $9.52 | 8003201 | 12/12/2022 | $10.38 | 8003201 |
| | 01/09/2023 | $9.53 | 8003257 | 01/09/2023 | $10.39 | 8003257 |
| | 02/13/2023 | $10.38 | 8003309 | 02/13/2023 | $9.53 | 8003309 |
| | 03/13/2023 | $10.39 | 8003367 | 03/13/2023 | $9.53 | 8003367 |
| | 04/17/2023 | $20.78 | 8003414 | 04/17/2023 | $19.05 | 8003414 |
| **QUANTUM3 GROUP LLC** | | | | | | |
| | 05/16/2022 | $8.51 | 8002840 | 05/16/2022 | $9.23 | 8002840 |
| | 05/16/2022 | $16.02 | 8002840 | 07/18/2022 | $6.95 | 8002945 |
| | 07/18/2022 | $7.53 | 8002945 | 07/18/2022 | $13.08 | 8002945 |
| | 08/15/2022 | $6.96 | 8002995 | 08/15/2022 | $7.55 | 8002995 |
| | 08/15/2022 | $13.10 | 8002995 | 09/19/2022 | $6.95 | 8003042 |
| | 09/19/2022 | $7.54 | 8003042 | 09/19/2022 | $13.09 | 8003042 |
| | 10/17/2022 | $6.96 | 8003097 | 10/17/2022 | $7.54 | 8003097 |
| | 10/17/2022 | $13.10 | 8003097 | 11/14/2022 | $6.95 | 8003146 |
| | 11/14/2022 | $7.55 | 8003146 | 11/14/2022 | $13.09 | 8003146 |
| | 12/12/2022 | $6.81 | 8003198 | 12/12/2022 | $7.39 | 8003198 |
| | 12/12/2022 | $12.83 | 8003198 | 01/09/2023 | $6.81 | 8003253 |
| | 01/09/2023 | $7.38 | 8003253 | 01/09/2023 | $12.82 | 8003253 |
| | 02/13/2023 | $6.82 | 8003305 | 02/13/2023 | $7.39 | 8003305 |
| | 02/13/2023 | $12.81 | 8003305 | 03/13/2023 | $6.81 | 8003364 |
| | 03/13/2023 | $7.39 | 8003364 | 03/13/2023 | $12.83 | 8003364 |
| | 04/17/2023 | $13.62 | 8003416 | 04/17/2023 | $14.77 | 8003416 |
| | 04/17/2023 | $25.65 | 8003416 | | | |
| **SYNCHRONY BANK** | | | | | | |
| | 05/16/2022 | $14.26 | 891771 | 07/18/2022 | $11.67 | 895150 |
| | 08/15/2022 | $11.66 | 896703 | 09/19/2022 | $11.65 | 898367 |
| | 10/17/2022 | $11.67 | 899991 | 11/14/2022 | $11.66 | 901561 |
| | 12/12/2022 | $11.41 | 903093 | 01/09/2023 | $11.42 | 904587 |
| | 02/13/2023 | $11.42 | 906154 | 03/13/2023 | $11.42 | 907745 |
| | 04/17/2023 | $22.84 | 909395 | | | |

**Chapter 13 Case # 18-21040**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| TD BANK USA NA | | | | | | | |
| | 07/18/2022 | $5.17 | 895165 | | 10/17/2022 | $6.97 | 900005 |
| | 01/09/2023 | $6.87 | 904603 | | 04/17/2023 | $9.11 | 909411 |
| TOYOTA MOTOR CREDIT CORPORATION | | | | | | | |
| | 10/22/2018 | $74.91 | 812774 | | 11/19/2018 | $35.03 | 814673 |
| | 12/17/2018 | $35.03 | 816579 | | 01/14/2019 | $35.03 | 818507 |
| | 02/11/2019 | $35.03 | 820417 | | 03/18/2019 | $35.03 | 822447 |
| | 04/15/2019 | $35.03 | 824433 | | 06/17/2019 | $35.67 | 828388 |
| | 07/15/2019 | $35.67 | 830249 | | 09/16/2019 | $71.33 | 834253 |
| | 11/18/2019 | $38.23 | 838369 | | 12/16/2019 | $36.79 | 840243 |
| | 01/13/2020 | $73.58 | 842122 | | 02/10/2020 | $36.79 | 844002 |
| | 03/16/2020 | $36.79 | 845952 | | 04/20/2020 | $36.79 | 847913 |
| | 05/18/2020 | $34.93 | 849680 | | 06/15/2020 | $34.93 | 851364 |
| | 08/17/2020 | $35.90 | 855050 | | 09/21/2020 | $71.80 | 856933 |
| | 10/19/2020 | $35.90 | 858760 | | 12/21/2020 | $35.91 | 862428 |
| | 01/11/2021 | $13.90 | 864021 | | | | |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 01/11/2021 | $2,688.24 | 8002061 | | 02/22/2021 | $1,666.85 | 8002118 |
| | 04/19/2021 | $3,333.70 | 8002224 | | 05/17/2021 | $1,666.85 | 8002272 |
| | 07/19/2021 | $1,693.88 | 8002377 | | 08/16/2021 | $1,693.88 | 8002427 |
| | 09/20/2021 | $1,693.88 | 8002474 | | 10/18/2021 | $3,387.76 | 8002522 |
| | 12/13/2021 | $1,711.90 | 8002628 | | 01/10/2022 | $1,711.90 | 8002677 |
| | 02/14/2022 | $3,423.80 | 8002731 | | 04/18/2022 | $3,062.98 | 8002837 |
| | 05/16/2022 | $21.35 | 8002890 | | 07/18/2022 | $17.45 | 8002992 |
| | 08/15/2022 | $17.45 | 8003040 | | 09/19/2022 | $17.46 | 8003095 |
| | 10/17/2022 | $17.45 | 8003145 | | 11/14/2022 | $17.45 | 8003196 |
| | 12/12/2022 | $17.10 | 8003251 | | 01/09/2023 | $17.08 | 8003303 |
| | 02/13/2023 | $17.10 | 8003361 | | 03/13/2023 | $17.10 | 8003412 |
| | 04/17/2023 | $34.18 | 8003467 | | | | |
| US DEPARTMENT OF EDUCATION | | | | | | | |
| | 04/18/2022 | $299.49 | 890262 | | 05/11/2022 | ($299.49) | 890262 |
| | 03/13/2023 | $13,615.88 | 906847 | | 04/17/2023 | $2,629.82 | 908422 |
| US DEPARTMENT OF HUD | | | | | | | |
| | 04/18/2022 | $25.15 | 888726 | | 05/16/2022 | $112.67 | 890491 |
| | 07/18/2022 | $112.82 | 893909 | | 08/15/2022 | $112.75 | 895475 |
| | 09/19/2022 | $112.74 | 897047 | | 10/17/2022 | $112.74 | 898745 |
| | 11/14/2022 | $112.75 | 900318 | | 12/12/2022 | $110.41 | 901901 |
| | 01/09/2023 | $110.41 | 903393 | | 02/13/2023 | $110.34 | 904896 |
| | 03/13/2023 | $110.43 | 906525 | | 04/17/2023 | $220.87 | 908079 |
| VERIZON | | | | | | | |
| | 07/18/2022 | $6.19 | 895292 | | 09/19/2022 | $5.58 | 898526 |
| | 11/14/2022 | $5.39 | 901697 | | 11/14/2022 | $5.57 | 901697 |
| | 01/09/2023 | $5.45 | 904714 | | 03/13/2023 | $5.47 | 907873 |
| | 04/17/2023 | $5.09 | 909538 | | 04/17/2023 | $5.45 | 909538 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: June 07, 2023.

Receipts: $103,515.00   -   Paid to Claims: $92,884.91   -   Admin Costs Paid: $7,260.35   =   Funds on Hand: $3,369.74

Base Plan Amount: $103,500.00   -   Receipts: $103,515.00   =   Total Unpaid Balance: **($15.00)

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.