| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>Carol S. Harrison-Bradley,<br><br>Debtor | Case No.: __18-21040__<br><br>Chapter: __13__<br><br>Judge: __RG__ |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Carol S. Harrison-Bradley_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: _____06/07/2023_____

*Carol Harrison-Bradley*
Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be issued for a debtor who does not submit a __completed__ Certification in Support of Discharge.

*rev.6/16/17*