| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Carol S Harrison–Bradley** | Social Security number or ITIN | xxx–xx–5307 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ | |
| | | EIN  _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | **18–21040–RG** | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Carol S Harrison–Bradley
aka Carol Suzanne Harrison–Bradley

9/22/23

**By the court:** Rosemary Gambardella
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 18-21040-RG

Carol S Harrison-Bradley                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                     User: admin                          Page 1 of 6

Date Rcvd: Sep 22, 2023                  Form ID: 3180W                        Total Noticed: 96

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carol S Harrison-Bradley, 42 Naples Avenue, Belleville, NJ 07109-1122 |
| cr | + | Greater Alliance Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Avenue, Tinton Falls, NJ 07724-3001 |
| cr | + | United States of America (HUD), U.S. Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2534 |
| 517565899 | ++++ | AMERICAN CORADIUS INTERNATIONAL, LLC, 37 RUST LN, BOERNE TX 78006-8288 address filed with court:, American Coradius International, LLC, 35A Rust Lane, Boerne, TX 78006 |
| 517565925 | + | Ehrlich, Petriello, Gudin & Plaza, 60 Park Place, Suite 106, Newark, NJ 07102-5504 |
| 517565926 | + | FedLoan Servicing, Attention: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 517565927 | + | FedLoan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 517565963 | + | Tiffany Manor Associates, 90 Tiffany Blvd, Newark, NJ 07104-2439 |
| 517889490 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 22 2023 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 22 2023 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 22 2023 20:41:00 | OCWEN LOAN SERVICING, LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 22 2023 20:41:00 | PHH Mortgage Corporation, RAS Citron, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | EDI: RMSC.COM | Sep 23 2023 00:16:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517565900 | + | Email/Text: bk@avant.com | Sep 22 2023 20:43:00 | Avant Credit, Inc, Attention Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 517565901 | + | Email/Text: bk@avant.com | Sep 22 2023 20:43:00 | Avant Credit, Inc, 222 N. Lasalle Suite 170, Chicago, IL 60601-1003 |
| 517565903 | + | EDI: BANKAMER.COM | Sep 23 2023 00:16:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 517565902 | + | EDI: BANKAMER.COM | Sep 23 2023 00:16:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 517657302 | + | EDI: BANKAMER2.COM | Sep 23 2023 00:16:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517565904 | + | EDI: TSYS2 | Sep 23 2023 00:16:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |

District/off: 0312-2                          User: admin                                    Page 2 of 6
Date Rcvd: Sep 22, 2023                       Form ID: 3180W                        Total Noticed: 96

| | | | |
|---|---|---|---|
| 517565905 | + EDI: TSYS2 | Sep 23 2023 00:16:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 517565908 | EDI: CAPITALONE.COM | Sep 23 2023 00:16:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517691947 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 22 2023 20:50:57 | CVI SGP-CO Acquisition Trust, c/o Resurgent Capital Services, P O Box 10675, Greenville, SC 29603-0675 |
| 517565906 | + EDI: CAPITALONE.COM | Sep 23 2023 00:16:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517565907 | + EDI: CAPITALONE.COM | Sep 23 2023 00:16:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 517671023 | EDI: CAPITALONE.COM | Sep 23 2023 00:16:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517659559 | Email/PDF: bncnotices@becket-lee.com | Sep 22 2023 20:40:44 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517565912 | + EDI: CITICORP.COM | Sep 23 2023 00:16:00 | Citibank/Shell Oil, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517565911 | + EDI: CITICORP.COM | Sep 23 2023 00:16:00 | Citibank/Shell Oil, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517565913 | + EDI: WFNNB.COM | Sep 23 2023 00:16:00 | Comenity Bank/Eddie Bauer, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517565914 | + EDI: WFNNB.COM | Sep 23 2023 00:16:00 | Comenity Bank/Eddie Bauer, Po Box 182789, Columbus, OH 43218-2789 |
| 517565915 | EDI: WFNNB.COM | Sep 23 2023 00:16:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 517565916 | + EDI: WFNNB.COM | Sep 23 2023 00:16:00 | Comenity Bank/Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 517565918 | + EDI: WFNNB.COM | Sep 23 2023 00:16:00 | Comenity Bank/Pier 1, Po Box 182789, Columbus, OH 43218-2789 |
| 517565917 | + EDI: WFNNB.COM | Sep 23 2023 00:16:00 | Comenity Bank/Pier 1, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517565920 | + EDI: WFNNB.COM | Sep 23 2023 00:16:00 | Comenity Capital Bank/HSN, Po Box 182120, Columbus, OH 43218-2120 |
| 517565919 | EDI: WFNNB.COM | Sep 23 2023 00:16:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 517675153 | EDI: CRFRSTNA.COM | Sep 23 2023 00:16:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 517565922 | + EDI: CRFRSTNA.COM | Sep 23 2023 00:16:00 | Credit First National Assoc, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 517565921 | + EDI: CRFRSTNA.COM | Sep 23 2023 00:16:00 | Credit First National Assoc, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 517565924 | + EDI: CITICORP.COM | Sep 23 2023 00:16:00 | Dsnb Bloomingdales, 9111 Duke Blvd, Mason, OH 45040 |
| 517565923 | + EDI: CITICORP.COM | Sep 23 2023 00:16:00 | Dsnb Bloomingdales, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517565966 | + EDI: CITICORP.COM | Sep 23 2023 00:16:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517565967 | + EDI: CITICORP.COM | Sep 23 2023 00:16:00 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 517662469 | EDI: Q3G.COM | | |

District/off: 0312-2                                    User: admin                                                Page 3 of 6

Date Rcvd: Sep 22, 2023                                Form ID: 3180W                                    Total Noticed: 96

| | | | |
|---|---|---|---|
| | | Sep 23 2023 00:16:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517565928 | + Email/Text: csocha@greateralliance.org | Sep 22 2023 20:43:00 | Greater Alliance Federal Credit Union, Attn: Collections Manager, 40 W Century Rd, Paramus, NJ 07652-1454 |
| 517565929 | EDI: IRS.COM | Sep 23 2023 00:16:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517565909 | EDI: JPMORGANCHASE | Sep 23 2023 00:16:00 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517565910 | EDI: JPMORGANCHASE | Sep 23 2023 00:16:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517565930 | + EDI: PHINGENESIS | Sep 23 2023 00:16:00 | Jared-galleria/genesis, 15220 Nw Greenbrier, Ste, Beaverton, OR 97006-5744 |
| 517565932 | + Email/Text: PBNCNotifications@peritusservices.com | Sep 22 2023 20:41:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 517565931 | + Email/Text: PBNCNotifications@peritusservices.com | Sep 22 2023 20:41:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 517565933 | + EDI: NFCU.COM | Sep 23 2023 00:16:00 | Navy Federal Cr Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 517565934 | + EDI: NFCU.COM | Sep 23 2023 00:16:00 | Navy Federal Cr Union, 820 Follin Lane, Vienna, VA 22180-4907 |
| 517565935 | + EDI: NFCU.COM | Sep 23 2023 00:16:00 | Navy Federal Cr Union, 820 Follin Ln Se, Vienna, VA 22180-4907 |
| 517681610 | + EDI: LCIPHHMRGT | Sep 23 2023 00:16:00 | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 517565937 | + EDI: LCIPHHMRGT | Sep 23 2023 00:16:00 | Ocwen Loan Servicing, Llc, 1661 Worthington Rd, West Palm Beach, FL 33409-6493 |
| 517565936 | + EDI: LCIPHHMRGT | Sep 23 2023 00:16:00 | PHH Mortgage Corporation, PO Box 24781, Attn: SV 19, West Palm Beach, FL 33416-4781 |
| 517692989 | EDI: PRA.COM | Sep 23 2023 00:16:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517691945 | EDI: PRA.COM | Sep 23 2023 00:16:00 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 517565938 | + EDI: RMSC.COM | Sep 23 2023 00:16:00 | Paypal, PO Box 5138, Timonium, MD 21094-5138 |
| 517679581 | EDI: Q3G.COM | Sep 23 2023 00:16:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517565939 | + Email/Text: RASEBN@raslg.com | Sep 22 2023 20:41:00 | RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517693743 | + Email/Text: bncmail@w-legal.com | Sep 22 2023 20:43:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517565941 | + EDI: RMSC.COM | Sep 23 2023 00:16:00 | Syncb/PLCC, Po Box 965024, Orlando, FL 32896-5024 |
| 517565940 | + EDI: RMSC.COM | Sep 23 2023 00:16:00 | Syncb/PLCC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517565943 | + EDI: RMSC.COM | Sep 23 2023 00:16:00 | Syncb/Toys R Us, Po Box 965005, Orlando, FL 32896-5005 |
| 517565942 | + EDI: RMSC.COM | Sep 23 2023 00:16:00 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517570098 | + EDI: RMSC.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 23 2023 00:16:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517565944 | + | EDI: RMSC.COM | | |
| | | | Sep 23 2023 00:16:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517565945 | + | EDI: RMSC.COM | | |
| | | | Sep 23 2023 00:16:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 517565946 | + | EDI: RMSC.COM | | |
| | | | Sep 23 2023 00:16:00 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517565947 | + | EDI: RMSC.COM | | |
| | | | Sep 23 2023 00:16:00 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 517565948 | + | EDI: RMSC.COM | | |
| | | | Sep 23 2023 00:16:00 | Synchrony Bank/Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 517565950 | + | EDI: RMSC.COM | | |
| | | | Sep 23 2023 00:16:00 | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 517565949 | + | EDI: RMSC.COM | | |
| | | | Sep 23 2023 00:16:00 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517565952 | + | EDI: RMSC.COM | | |
| | | | Sep 23 2023 00:16:00 | Synchrony Bank/QVC, Po Box 965018, Orlando, FL 32896-5018 |
| 517565951 | + | EDI: RMSC.COM | | |
| | | | Sep 23 2023 00:16:00 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517565954 | + | EDI: RMSC.COM | | |
| | | | Sep 23 2023 00:16:00 | Synchrony Bank/Sams, Po Box 965005, Orlando, FL 32896-5005 |
| 517565953 | + | EDI: RMSC.COM | | |
| | | | Sep 23 2023 00:16:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517565955 | + | EDI: RMSC.COM | | |
| | | | Sep 23 2023 00:16:00 | Synchrony Bank/ShopNBC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517565956 | + | EDI: RMSC.COM | | |
| | | | Sep 23 2023 00:16:00 | Synchrony Bank/ShopNBC, Po Box 965005, Orlando, FL 32896-5005 |
| 517565958 | + | EDI: RMSC.COM | | |
| | | | Sep 23 2023 00:16:00 | Synchrony Bank/TJX, Po Box 965005, Orlando, FL 32896-5005 |
| 517565957 | + | EDI: RMSC.COM | | |
| | | | Sep 23 2023 00:16:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517565959 | + | EDI: RMSC.COM | | |
| | | | Sep 23 2023 00:16:00 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517565960 | + | EDI: RMSC.COM | | |
| | | | Sep 23 2023 00:16:00 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 517693749 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Sep 22 2023 20:43:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517565964 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | | Sep 22 2023 20:42:00 | Toyota Motor Credit Co, Po Box 8026, Cedar Rapids, IA 52408 |
| 517565962 | + | EDI: WTRRNBANK.COM | | |
| | | | Sep 23 2023 00:16:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 517565961 | | EDI: WTRRNBANK.COM | | |
| | | | Sep 23 2023 00:16:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 517633590 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | | Sep 22 2023 20:41:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517565965 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | | Sep 22 2023 20:42:00 | Toyota Motor Credit Co, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 517588719 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | | |
| | | | Sep 22 2023 20:51:43 | U.S Department of Housing and, Urban |

| | | | | Development, 451 7th Street S.W, Washington, DC 20410-0002 |
|---|---|---|---|---|
| 519851236 | + Email/Text: EBN@edfinancial.com | | Sep 22 2023 20:41:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 517667563 | + EDI: AIS.COM | | Sep 23 2023 00:16:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517688626 | Email/PDF: bncnotices@becket-lee.com | | Sep 22 2023 20:39:27 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 87

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517615898 | *+ | Greater Alliance Federal Credit Union, Attn: Collections Manager, 40 W. Century Road, Paramus, NJ 07652-1454 |
| 519846946 | *+ | PHH Mortgage Corporation, PO Box 24781, Attn: SV 19, West Palm Beach, FL 33416-4781 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor OCWEN LOAN SERVICING LLC ajennings@raslg.com |
| Bruce H Levitt | on behalf of Debtor Carol S Harrison-Bradley blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (HUD) eamonn.ohagan@usdoj.gov |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| R. A. Lebron | on behalf of Creditor Greater Alliance Federal Credit Union bankruptcy@fskslaw.com |
| Shauna M Deluca | on behalf of Creditor PHH Mortgage Corporation sdeluca@hasbanilight.com hllawpc@gmail.com |

District/off: 0312-2                          User: admin                                    Page 6 of 6
Date Rcvd: Sep 22, 2023                       Form ID: 3180W                                 Total Noticed: 96

Sindi Mncina
                    on behalf of Creditor OCWEN LOAN SERVICING  LLC smncina@raslg.com

Sindi Mncina
                    on behalf of Creditor PHH Mortgage Corporation smncina@raslg.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11